## FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Cameana M. Cephas  SBI#349112
_____
(Enter above the full name of the plaintiff in this action)

V.

07-254

William H. Dupont/Probation &
Parole/Safe Streets
_____
(Enter above the full name of the defendant(s) in this action

FILED

MAY -7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal courts dealing with the
same facts involved in this action or otherwise relating to your imprisonment?
YES [ ]    NO [✓]

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there
is more than one lawsuit, describe the additional lawsuits on another piece of
paper, using the same outline).

1.    Parties to this previous lawsuit

Plaintiffs_____

_____

Defendants _____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____N/A_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [✓]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [✓]

C. If your answer is YES,

1. What steps did you take? N/A _____

_____

2. What was the result? N/A _____

_____

D. If your answer is NO, explain why not N/A _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

1. What steps did you take? N/A _____

_____

2. What was the result? _____

_____

-2-

III.    Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff Cameara M. Cephas

Address 660 Baylor Blvd new castle, Del 19720

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.    Defendant William H. Dupont is employed as Safe streets / probation & Parole at 16th pine st. Wilm, Del. 1981

C.    Additional Defendants The captain that was on duty at the time of my arrest.

_____

_____

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On the day of 4/27/06 wilmington P.D. and probation & Parole/ Safe streets Came to 403 west 6th St. wilm, Del. which the tenant of the apartment was a friend of mine who's name is marcella crumpler. They banged on the door. She asked who is it and they said police. So I told her to open the door because I had a warrant for my arrest. I walked to the door with her when she opened it. Mr. William H. Dupont and the other officers threw me up against the wall while the other officers stood in front of the door. Mr Dupont then snatched my religious head wrap (Kemar) off of my head asking me when did I become muslim. I felt violated and disrespected disrespected.

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.
   Cite no cases or statutes.)

I would like the officers to be reprimanded. Perhaps
he should have to volunteer to help enforce civil
rights to those individuals who's constitutional rights
have been violated. I would also like victims compensation
and a written apology

Signed this _____ day of ~~ddadd~~ 4-25 ~~19~~ 2007

<u>Camecana Cephes</u>
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

<u>4-25-07</u>                 <u>Camcana Cephes</u>
   Date                         ( Signature of Plaintiff)

-4-

WILMINGTON DE 197

28 APR 2007 PM 3 T

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18.
Wilmington, Del. 19801

reare Cephes
Baylor Blvd.
Castle Del. 19720
# 349112