Date : 05/31/2007
Time : 15:14

**Account Activity Ledger**

From : 04/01/2007    To : 05/31/2007

07-254

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 00349112 | **Name** CEPHAS, CAMEANA | | | **Block** 9 | | | **Previous Balance** | | 50.45 |
| Sales Transaction | 04/03/2007 | 11:34 | I#91607 | | I | 26.58 | | | 23.87 |
| Sales Transaction | 04/10/2007 | 10:45 | I#91826 | | I | 19.68 | | | 4.19 |
| PSTD.4/27 | 04/27/2007 | 16:42 | B#48805 | 390418 | D | | 50.00 | | 54.19 |
| Sales Transaction | 05/01/2007 | 11:39 | I#92446 | | I | 34.62 | | | 19.57 |
| KIT.PAY.4/30/07 | 05/02/2007 | 12:02 | B#48882 | 390922 | D | | 28.62 | | 48.19 |
| Sales Transaction | 05/08/2007 | 10:53 | I#92652 | | I | 30.01 | | | 18.18 |
| HP.5/11 | 05/11/2007 | 12:21 | B#49102 | 392227 | W | | | -4.00 | 14.18 |
| COMM.CRDT.5/11 | 05/14/2007 | 14:45 | B#49151 | 392596 | D | | 2.95 | | 17.13 |
| Sales Transaction | 05/15/2007 | 13:27 | I#92875 | | I | 14.24 | | | 2.89 |
| PRCSD.REC.5/25 | 05/25/2007 | 16:29 | B#49372 | 393990 | D | | 50.00 | | 52.89 |
| Sales Transaction | 05/29/2007 | 08:11 | I#93258 | | I | 42.16 | | | 10.73 |
| PRCSD.REC.5/26 | 05/29/2007 | 15:17 | B#49410 | 394128 | D | | 50.00 | | 60.73 |
| KIT.PAY.4/29-5/26 | 05/29/2007 | 16:12 | B#49412 | 394188 | D | | 21.02 | | 81.75 |

**Deposits**   6  For $   202.59
**Withdraws**  1  For $    -4.00
**Invoices**   6  For $   167.29



BD scanned

Cameana Cephas
606 Baylor Blvd.
New Castle, Del. 19720

WILMINGTON DE 197
07 JUN 2007 PM 2 T

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Del. 19801