IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAMEANA M. CEPHAS, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 07-254-JJF |
| WILLIAM H. DUPONT and PROBATION & PAROLE, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, Plaintiff Cameana M. Cephas filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this Court granted Plaintiff leave to proceed <u>in forma pauperis</u>, and on June 13, 2007, entered an Order requiring Plaintiff to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 6);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from Plaintiff;

THEREFORE, at Wilmington this 1 day of August, 2007, IT IS HEREBY ORDERED that the Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is not required to pay the $350.00 filing fee owed. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

UNITED STATES DISTRICT JUDGE